IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, | |
|     Plaintiff, | CIVIL ACTION NO.: 4:21-cv-197 |
| v. | |
| RAJPUTRE, INC.; and JENNIFER KNOX, | |
|     Defendants. | |

**O R D E R**

Presently before the Court is Plaintiff's "Voluntary Dismissal of Defendant Jennifer Knox Without Prejudice." (Doc. 16.) Defendant Knox has not filed an answer or a motion for summary judgment in this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Accordingly, the Court **DISMISSES** Defendant Jennifer Knox **WITHOUT PREJUDICE**. See Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 255 (5th Cir. 1973) ("[R]eading the rules governing dismissal by notice and dismissal by motion together, we conclude that it was intended by the rule-makers to permit dismissal against such of the

defendants as have not served an answer or motion for summary judgment . . . .").[1]  The Court **DIRECTS** the Clerk of Court to update the docket accordingly.

    **SO ORDERED**, this 20th day of October, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In <u>Bonner v. City of Prichard,</u> 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.