**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

ROY MUNN,

         Plaintiff,

    v.

RAJPUTRE, LLC,

         Defendant.

CIVIL ACTION NO.: 4:21-cv-197

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on April 5, 2022, wherein the parties indicate that "all issues in this case have been resolved by settlement," and they request that the Court enter an order dismissing the case with prejudice.  (Doc. 27.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**.  The Clerk is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

    **SO ORDERED**, this 16th day of May, 2022.

_____

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA